# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02378-MDB

JOHN MEGGS,

    Plaintiff,

v.

FLINTRIDGE PLAZA, LLC D/B/A FLINTRIDGE PLAZA, TACO SALSA 1 LLC D/B/A TACO SALSA and THE FRENCH KITCHEN LLC D/B/A THE FRENCH KITCHEN.

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, JOHN MEGGS, by and through his undersigned counsel, hereby dismiss Defendant, TACO SALSA 1 LLC D/B/A TACO SALSA, with Prejudice.

Dated this December 2, 2022.

    Respectfully Submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    1600 Broadway
    Denver, CO 80202
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: dperaza@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 2, 2022.

    Respectfully Submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    1600 Broadway
    Denver, CO 80202
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: dperaza@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ