# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02378-MDB

JOHN MEGGS,

    Plaintiff,

v.

FLINTRIDGE PLAZA, LLC D/B/A FLINTRIDGE PLAZA, TACO SALSA 1 LLC D/B/A TACO SALSA and THE FRENCH KITCHEN LLC D/B/A THE FRENCH KITCHEN.

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, JOHN MEGGS, and Defendants FLINTRIDGE PLAZA, LLC D/B/A FLINTRIDGE PLAZA and THE FRENCH KITCHEN, LLC, hereby advise the Court that the parties have reached an agreement and have globally settled the instant case. Plaintiff and Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 28, 2023.

| | |
|---|---|
| /s/ Anthony J. Perez<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperezlaw@gmail.com<br>*Attorney for Plaintiff* | /s/ Hilary A. Roland<br>HILARY A. ROLAND, ESQ.<br>MULLIKEN WEINER BERG & JOLIVET P.C.<br>Alamo Corporate Center<br>102 South Tejon Street, Suite 900<br>Colorado Springs, CO 80903<br>Telephone: (719) 635-8750<br>Email: hroland@mullikenlaw.com<br>*Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 28, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com
jreyes@lawgmp.com


By: ___/s/ Anthony J. Perez___
       ANTHONY J. PEREZ

2